UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------X          **Affidavit of Service**

CITIZENS BANK, N.A.,                                                              Case No: 2:25-CV-02277-ES-JSA

                          Plaintiff,

VS

VALLEY NATIONAL BANK,

                          Defendant.
-----------------------------------------------------------X

STATE OF New Jersey )
                          ) ss.:
COUNTY OF Passaic )

    Margaret Puglise, being duly sworn, deposes and says that Deponent is not a party to this action, and is over 18 years of age, and is a resident of the State of New Jersey

    On April 4, 2025, at approximately 1:20 p.m., at 1400 Valley Rd Wayne, NJ 07470. Deponent served the within Summons in a Civil Case; Complaint upon **Valley National Bank**, by personally delivering to and leaving with Gina Rice, Management, a true and correct copy of said documents.

    At the time of said service, Gina Rice stated that she is authorized to accept service on behalf of the entity Valley National Bank.

    Gina Rice is described as a White female, approximately 45-50 years of age, 145-150 lbs., with dark brown hair in a bun.

                                                                                       _____
                                                                                              Margaret Puglise

Sworn to before me this
7th day of April 2025

_____
Notary Public

*[Notary Seal: THADEUS CHAMBLISS JR., NOTARY PUBLIC, STATE OF NEW JERSEY, Comm. #50153991, My Commission Expires 03-10-2026]*